**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | No. 18-14638 |
|---|---|
| William Roberts Herkelrath,<br><br>　　　　　　　　　　Debtor. | EX PARTE ORDER APPROVING EMPLOYMENT OF REAL ESTATE BROKER |

THIS MATTER having come forth regularly on motion of the trustee for authorization to employ a real estate broker, the court finding that said employment is appropriate under 11 U.S.C. § 327, the court finding that the Kat Gilmore and Bainbridge Homes Real Estate do not have an interest adverse to the bankruptcy estate under that statute, it appearing that notice to creditors is not necessary, now, therefore, it is hereby

ORDERED that the trustee, Michael P. Klein, may employ Kat Gilmore and Bainbridge Homes Real Estate to sell real property located at 10950 & 10954 NE Broomgerrie Road, Bainbridge Island, WA 98110 and that all commissions and costs shall be paid as stated in the application upon further order of the court.

///End of Order///

Presented by:
　/s/ Michael P Klein_____
Michael P. Klein, Chapter 7 Trustee
Trustee

EX PARTE ORDER APPROVING
EMPLOYMENT OF REAL ESTATE
BROKER - 1 -

**Michael P. Klein**
Chapter 7 Trustee
330 Madison Avenue S., Suite 110
Bainbridge Island, Washington 98110
(206) 842-3638