

P. O. Box 7416 / Bellevue, WA 98008
Phone (425) 643-2613 / Fax (425) 643-8546

April 26, 2021

To whom it may concern,

Case 18-14638

Claim #14

William Robert Herkelrath

We would like to withdraw the claim(s) referenced above that was filed on behalf of Merchants Credit as a duplicate claim.

Our apologies for any extra work this may have caused.

Thank you,

*Dana DeBoise*

Dana DeBoise

/dd

**Your Key to Professional Collection Services Since 1937**

www.merchantscredit.com
2245 152nd Avenue NE ~ Redmond, Washington 98052 / (800) 755-1107
**Medical / Hospital / Dental / Healthcare / Professional / Municipalities / Retail / Commercial**

Case 18-14638-CMA    Doc 192    Filed 04/26/21    Ent. 04/26/21 15:52:45    Pg. 1 of 1