Date: 09/10/21     **DIVIDENDS REMITTED TO THE COURT**     Page: 1

~~Check Number 424~~ Dated 09/10/21   *MK To Be*

Case Number 18-14638 - HERKELRATH, WILLIAM

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Southern California Edison Company<br>1551 W San Bernardino Rd<br>Covina CA 91722 | 000001 | 42.94 | 0.12 |
| MERCHANTS CREDIT ASSOCIATION<br>PO BOX 7416<br>BELLEVUE, WA 98008 | 000002 | 76.55 | 0.22 |
| MERCHANTS CREDIT ASSOCIATION<br>PO BOX 7416<br>BELLEVUE, WA 98008 | 000003 | 181.87 | 0.52 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 000007 | 224.61 | 0.64 |
| Viking Dental<br>18520 State Hihway 305 NE<br>Poulsbo, WA 98370 | 000011 | 1,158.51 | 3.32 |
| ---------- Remittance Total ---------- | | 1,684.48 | 4.82 |

*[signature]*

MICHAEL P. KLEIN, Trustee